UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN GOMEZ CASTELLANOS<br>#A046336251,<br>Petitioner | CIVIL DOCKET NO. 1:22-CV-00896<br>SEC P |
| VERSUS | JUDGE DRELL |
| SHAD M RICE,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a de novo review of the record including Petitioner's Memorandum in Support (ECF No. 15), which the Court considers an Objection to the Report and Recommendation, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 3rd day of June 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT